# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160046(134)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LONNIE JAMES ARNOLD,
        Defendant-Appellant.

SC: 160046
COA: 325407
Monroe CC: 13-040406-FH

_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his brief on appeal is GRANTED.  The brief will be accepted as timely filed if submitted on or before September 24, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 7, 2020



Clerk